UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TCYK, LLC,

    Plaintiff,

v.                                       Case No: 8:14-cv-86-T-30AEP

DOE 33,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Notice of Dismissal Without Prejudice (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of September, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-86 dismiss 10.docx